Williamsbridge-3067 Realty LLC v Ramos (2025 NY Slip Op 50975(U))

[*1]

Williamsbridge-3067 Realty LLC v Ramos

2025 NY Slip Op 50975(U)

Decided on June 16, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on June 16, 2025
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Brigantti, J.P., James, Perez, JJ.

570904/24

Williamsbridge-3067 Realty LLC, Petitioner-Respondent, 
against
Guillermo Ramos, Respondent-Appellant.

Respondent Guillermo Ramos appeals from an order of the Civil Court of the City of New York, Bronx County (Edit Shkreli, J.), entered November 20, 2024, which denied his postjudgment motion to dismiss the petition in a forcible entry and detainer summary proceeding pursuant to RPAPL 713 (10).

Per Curiam.
Order (Edit Shkreli, J.), entered November 20, 2024, affirmed, with $10 costs.
Respondent's belated motion to dismiss the illegal lockout petition, made nearly one year after entry of an unappealed final judgment in petitioner's favor, was properly denied. By failing to pursue a direct appeal from the final judgment, respondent waived his present objections, including those related to petitioner's ownership of the property at issue (see 433 W. Assoc. v Murdock, 276 AD2d 360, 361 [2000]).
Nor do the issues now sought to be raised implicate the court's subject matter jurisdiction (see Jackson v New York City Hous. Auth., 88 Misc 2d 121 [App Term, 1st Dept 1976]; see also Matter of Fry v Village of Tarrytown, 89 NY2d 714, 718-719 [1997]). It is beyond dispute that Civil Court has subject matter jurisdiction over this summary proceeding under article 7 of the Real Property Actions and Proceedings Law (see NY Const Art VI, sec 15 [b]; CCA 204; RPAPL 701[1]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 16, 2025